## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **VICTOR KEITH WILSON #796590** | § | |
| | § | |
| **V.** | § | **W-18-CA-037-RP** |
| | § | |
| **LORIE DAVIS** | § | |

### FINAL JUDGMENT

Before the Court is the above styled and numbered cause.  On this date, the Court denied Petitioner Victor Keith Wilson's Application for Habeas Corpus Relief and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Victor Keith Wilson's Application for Habeas Corpus Relief is hereby **DENIED**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on February 12, 2018.


ROBERT PITMAN
UNITED STATES DISTRICT JUDGE